**United States Bankruptcy Court**
**District of Massachusetts-Boston Division**

| | | |
|---|---|---|
| IN RE: | ) | April 25, 2018 |
| | ) | |
| RADWAN M. JABER | ) | |
| | ) | Ch.13 |
| Debtor | ) | Case No. 18-10205-FJB |
| | ) | |
| _____ | ) | |

**MOTION TO DISMISS THE CASE**

1. The debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code on January 22, 2018.

2. Client has been able to find a buyer and wishes to sell his home outside of bankruptcy.

WHEREFORE, we humbly request that the Court dismiss the case

Respectfully Submitted,

Radwan M. Jaber
By his attorney,

/s/ Nicola Yousif
Attorney Nicola Yousif
BBO# 679545
Law Office of Attorney Nick Yousif
157 Belmont St, 2nd Floor
Brockton, MA 02301
508-588-7300

.

**United States Bankruptcy Court**
**District of Massachusetts-Boston Division**

| | | |
|---|---|---|
| IN RE: | ) | March 29, 2018 |
| | ) | |
| RADWAN M. JABER | ) | |
| | ) | Ch.13 |
| Debtor | ) | Case No. 18-10205-FJB |
| | ) | |
| _____ | ) | |

**Certificate of Service**

      Now comes the Debtor through his Attorney, Nick Yousif, to certify that on this day, Wednesday, April 25, 2018, a copy of the MOTION TO DISMISS THE CASE were served by mailing copies of same by first-class mail, postage prepaid, or by electronic notice to the parties at the addresses set forth below

Carolyn Bankowski
Chapter 13 Trustee Boston
P.O. Box 8250
Boston, MA 02114
617-723-1313

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

      /s/ Nicola Yousif

      Attorney Nicola Yousif
      BBO# 679545
      Law Office of Attorney Nick Yousif
      157 Belmont St, 2nd Floor
      Brockton, MA 0230
      508-588-7300

.

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Wells Fargo Home Mortgage
C/O Harmon Law
150 California St Ofc
Newton, MA 02458-1005