**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Radwan M Jaber<br>          Debtor, | Chapter: 13<br>Case No: 18–10205<br>Judge Frank J. Bailey |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **bankruptcy case** was entered on 4/26/18 .

Date:5/11/18                                                    By the Court,

                                                                Joan M. Regan
                                                                Deputy Clerk
                                                                617–748–5342

77