# Unclaimed Funds

Entered 6/6/2018 to 6/6/2018

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 12-18155 -jnf 18763224 | MKM Acquisitions, LLC P.O. Box 9010 Woodbury, NY 11797 11797 | 1,467.28 | 06/06/2018 |
| 13-10231 -fjb 20151331 | MARGARET O'DONNELL 25 TEAL CIRCLE WALPOLE, MA 02081 02081 | 36.59 | 06/06/2018 |
| 13-10467 -msh 20151334 | GEORGE HUTCHINS 75 DONALD ST., #511 WEYMOUTH, MA 02188 02188 | 25.00 | 06/06/2018 |
| 13-11210 -jnf 20151357 | WELLS FARGO FINANCIAL MASS INC P.O. BOX 660449 DALLAS, TX 75266-9946 75266-9946 | 2.32 | 06/06/2018 |
| 13-11675 -fjb 18901196 | Norfolk Financial Corporation c/o Carl Brugnoli, Esquire Forsyth Law Offices, PC PO Box 320530 Boston, MA 02132 02132 | 305.25 | 06/06/2018 |
| 13-12379 -jnf 20151335 | DAVID & LORI STAHL 9 NAUSHON RD WEST WAREHAM, MA 02576 02576 | 2.00 | 06/06/2018 |

| Case | Name/Address | Amount | Date |
|---|---|---|---|
| 15-10435 -jnf<br>19467599 | WELLS FARGO BANK, N.A.<br>ATTN: BANKRUPTCY DEPARTMENT<br>MAC#T7416-023<br>4101 WISEMAN BLVD.<br>SAN ANTONIO, TX 78251-4201<br>78251-4201 | 34.78 | 06/06/2018 |
| 16-12002 -fjb<br>20151336 | MICHAEL BRANCH<br>7 WHITMAN ST<br>BOSTON, MA 02124<br>02124 | 1,302.56 | 06/06/2018 |
| 17-12292 -fjb<br>20151352 | JOYCE GREENE-JACKSON<br>703 SOUTH MAIN ST<br>RANDOLPH, MA 02368<br>02368 | 674.83 | 06/06/2018 |
| 17-12867 -fjb<br>20151353 | PIERCE WALTOWER, JR.<br>16 PASENDA RD<br>BOSTON, MA 02121<br>02121 | 263.90 | 06/06/2018 |
| 17-13757 -msh<br>20151354 | MELROSE THOMPSON<br>28 STOWE RD<br>MATTAPAN, MA 02126<br>02126 | 72.34 | 06/06/2018 |
| 18-10205 -fjb<br>20151355 | RADWAN JABER<br>17 WINTHROP ST<br>WALPOLE, MA 02081<br>02081 | 1,517.88 | 06/06/2018 |

**Grand Total: 5,704.73**